# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA ERIC WILKES, #A6008448 | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIV. NO. 11-00039 HG-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| HCCC JAIL HILO, NURSES OFFICE, HEAD DOCTORS, GLEN HARA JUDGE HILO | February 7, 2011<br><br>At 3 o'clock and 45 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is DISMISSED with prejudice as frivolous pursuant to the "Order Dismissing Complaint With Prejudice" filed on February 7, 2011.

| | |
|---|---|
| February 7, 2011 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |